```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SHIRE CANADA INC., SHIRE INTERNATIONAL
LICENSING B.V., AND SHIRE US INC.,

               Plaintiffs,

   - against -

ALKEM LABORATORIES, LTD.,

               Defendant.

11-CV-233 (PGG)

ECF CASE

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant.

Date:  November 22, 2011

Respectfully submitted,

/s/ David W. Haller
David W. Haller
Jeffrey B. Elikan
Michael N. Kennedy
COVINGTON & BURLING LLP

The New York Times Building
620 Eighth Avenue
New York, NY  10018
Tel: 212-841-1000
Fax: 212-841-1010
dhaller@cov.com

1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-662-6000
Fax: 202-662-6291
jelikan@cov.com
mkennedy@cov.com

*Counsel for Plaintiffs*

---

*Handwritten order:* The Clerk of the Court is directed to close this case.  SO ORDERED.

[Signature] U.S.D.J.